ORIGINAL

FILED IN THE
UNITED STATES DISTRICT
DISTRICT OF

JUL 01 2008

at 9 o'clock and 50
SUE BEITIA, CLERK

JOHN HARRIS PAER      #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone: (808) 595-7179
Facsimile: (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDOLPH R. GOLDMAN ) | CIVIL NO. 08-00184 DAE-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF DISMISSAL WITH |
| ) | PREJUDICE AS TO DEFENDANT |
| ) | BANK OF AMERICA, N.A. |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC. and BANK OF AMERICA, N.A. ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT BANK OF AMERICA, N.A.

COMES NOW Plaintiff, by and through his undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice against Defendant Bank of America, N.A. only. Bank of America, N.A. has not responded. The case remains against Defendant Experian Information Solutions, Inc.

DATED: Honolulu, Hawaii, July 1, 2008

JOHN HARRIS PAER
Attorney for Plaintiff