WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company
DEBORAH K. WRIGHT        4444
KEITH D. KIRSCHBRAUN     4971
1885 Main Street, Suite 108
Wailuku, HI  96793
Telephone: 808-244-6644
Facsimile: 808-244-1013
Email:  WrightKirsch@aol.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDOLPH R. GOLDMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. and BANK OF<br>AMERICA, N.A.,<br><br>　　　　Defendants. | CIVIL NO.: CV08-00184 DAE KSC<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE; ORDER |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff RANDOLPH R. GOLDMAN and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., by and through their undersigned counsel, that this action be dismissed with prejudice and that all claims asserted herein or which could have been asserted herein be and are dismissed with prejudice.

This Stipulation for Dismissal with Prejudice is made pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and has been signed by all remaining parties named herein. There are no remaining claims or parties. Each party has agreed to bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaii; August 29, 2008.

---
JOHN HARRIS PAER

Attorney for Plaintiff
RANDOLPH R. GOLDMAN

DATED: Wailuku, Maui, Hawaii; August 18, 2008.

---
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
  SOLUTIONS, INC.

APPROVED AND SO ORDERED:

---
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Randolph R. Goldman v. Experian Information Solutions, Inc. et al.*, Civil No. CV08-00184 DAE KSC; **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**